**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION**

| | | |
|---|---|---|
| **JESSIE LANDON STRICKLAND,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number 2:07-CV-705 |
| **TIMOTHY LASHAWN WILLIAMS and EVERGREEN TIMBER, INC.,** | ) ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW TIMOTHY LASHAWN WILLIAMS, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

/s/ Caroline T. Pryor
WILLIAM H. SISSON (SISSW9947)
CAROLINE T. PRYOR (PRYOC2802)
Counsel for Timothy Lawshawn Williams
and Evergreen Timber, Inc.
CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
(251) 626-9340
(251) 626-8928 - Facsimile
wsisson@carrallison.com
cpryor@carrallison.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 8th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court to the following:

David W. Rousseau, Esq.
211 West Adams Street
Dothan, Alabama 36303

                                                /s/ Caroline T. Pryor
                                                OF COUNSEL