IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| JESSE LADON STRICKLAND, | * |
| PLAINTIFF, | * |
| VS. | *   Case No. 2:07-CV-705 |
| TIMOTHY LASHAWN WILLIAMS and EVERGREEN TIMBER, INC. | * |
| DEFENDANTS. | * |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW JESSIE LANDON STRICKLAND, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or
☐ This party is a governmental entity, or
☐ There are no entities to be reported, or
☐ The following entities and their relationship to the party are hereby reported:

/s/ David W. Rousseau
DAVID W. ROUSSEAU (ROU007)
Counsel for Jessie Landon Strickland
211 West Adams Street
Dothan, Alabama 36303
(334)699-9000
(334)699-8797
roussealaw@graceba.net

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 8th day of August 2007, I electronically filed the foregoing with the Clerk of Court to the following:

William H. Sisson
Carr, Allison
6251 Monroe Street, Suite 200
Daphne, AL 36526

Caroline T. Pryor
Carr, Allison
6251 Monroe Street, Suite 200
Daphne, AL 36526

                                              /s/ David W. Rousseau
                                              DAVID W. ROUSSEAU
                                              OF COUNSEL