IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSE LADON STRICKLAND, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-705-MEF |
| TIMOTHY LASHAWN WILLIAMS, *et al.,* | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion to Dismiss (Doc. #6) filed on August 14, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before August 24, 2007 as to why the motion should not be granted.

DONE this the 17th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE